FILED

01/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0211

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 22-0211

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

BRANDEN CONRAD MIESMER,

     Defendant and Appellant.

---

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 11, 2024 within which to prepare, file, and serve Appellant's Reply to the State's Response to the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2024